IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TASHI WRIGHT,                  )
                               )
    Plaintiff,                 )
                               )     CIVIL ACTION NO.
    v.                         )       2:23cv475-MHT
                               )            (WO)
TRUEACCORD CORP.,              )
                               )
    Defendant.                 )
```

DISMISSAL ORDER

It is ORDERED that:

(1) Plaintiff's "Notice of Settlement and Motion to Voluntary Dismissal" (Doc. 6) is construed as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

(2) This case is dismissed without prejudice.

DONE, this the 6th day of September, 2023.

                                                    /s/ Myron H. Thompson  
                                             UNITED STATES DISTRICT JUDGE